No. 17,780.

NORMAN A. WENG, ET AL. *v.* MARY SCHLEIGER, ET AL.
(296 P. [2d] 748)

Decided April 30, 1956.   Rehearing denied May 21, 1956.

Messrs. OWNBEY & GREINETZ, for plaintiff in error.

Mr. ALBERT P. FISCHER and Mr. KENNETH H. GROSS, Amici Curiae.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.